**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

PAUL WALKER

VERSUS

DIRECTBUY, INC., ET AL.

CIVIL ACTION

NO. 13-161-SDD-SCR

**ORDER**

**CONSIDERING** a Clerk's Entry of Default has been entered into the record and no *Motion for Entry of Default Judgment* having been filed;

**IT IS ORDERED** that the clerk administratively terminate this action in the record, without prejudice to the right of the parties to reopen the proceedings.

This *Order* shall not be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this *Order* had not been entered.

**IT IS FURTHER ORDERED** that all pending motions in this matter are hereby dismissed, without prejudice, as moot.

Baton Rouge, Louisiana, September 27, 2013.

Shelly D. Dick

**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**